IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2017 MAR 14 P 3: 28

CLERK _J Burton_
S. DIST. OF GA.

STEPHANIE L. JOHNSON,          )
                               )
          Plaintiff,           )
                               )
     v.                        )          CV 317-009
                               )
ORCHARD HEALTH AND             )
REHABILITATION,                )
                               )
          Defendant.           )

—————

**O R D E R**

—————

*Pro se* Plaintiff Stephanie L. Johnson seeks to proceed *in forma pauperis* in the above-captioned case. (Doc. no. 4.) While Plaintiff is a resident of Dublin, Georgia, located in Laurens County in the Dublin Division of the Southern District of Georgia, the events that comprise the basis of his complaint occurred at her place of employment in Candler County, Georgia, within the Statesboro Division of the Southern District of Georgia. (See doc. no. 1, pp. 2-3.)

Thus, it appears that this case properly belongs in the Statesboro Division of the Southern District of Georgia. Accordingly, the case is hereby **TRANSFERRED** to the Statesboro Division and is assigned Civil Action Number  CV 617 - 039  . All future filings in this case should be made with the Clerk, U.S. District Court, P.O. Box 8286,

1

Savannah, Georgia 31412.

SO ORDERED this _____ day of March, 2017, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE